1   MEGAN K. DORSEY, ESQ.
Nevada Bar No. 6959
2   ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
3   DAVID M .GOULD, ESQ.
Nevada Bar No. 11143
4   KOELLER NEBEKER CARLSON & HALUCK, LLP
300 South Fourth Street, Suite 500
5   Las Vegas, NV  89101
Phone:  (702) 853-5500
6   Fax:  (702) 853-5599
Attorneys for Defendant,
7   LIBERTY MUTUAL FIRE INSURANCE COMPANY

8               **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10   SHARRON ELISE SALINAS, individually )
)   CASE NO.: 2:14-cv-01494-GMN-PAL
11               Plaintiff,          )
)
12   vs.                            )   **STIPULATION AND ORDER TO**
)   **REMAND TO THE EIGHTH JUDICIAL**
13   LIBERTY MUTUAL FIRE INSURANCE )   **DISTRICT COURT OF NEVADA**
COMPANY, a Massachusetts company; )
14   DOES I - X, inclusive; and/or ROE )
CORPORATIONS I - X, inclusive,  )
15                                  )
)
16               Defendants.        )
)

17       **IT IS HEREBY STIPULATED BY AND BETWEEN,** Defendant, LIBERTY

18   MUTUAL FIRE INSURANCE COMPANY, [hereinafter referred to as "Defendant"], by and

19   through its counsel of record, the law firm of KOELLER, NEBEKER, CARLSON &

20   HALUCK, LLP, and Plaintiff, SHARRON ELISE SALINAS [hereinafter referred to as

21   "Plaintiff"], by through her counsel of record, Justin G. Randall, Esq., of the law firm of

22   GLEN LERNER INJURY ATTORNEYS, that:

23       1.  For any and all litigation regarding the claims at issue in this case, Plaintiff,

24          SHARRON ELISE SALINAS, will not seek and cannot receive damages in excess

25          of $50,000.00, if any, inclusive of all prejudgment interest, costs, and fees,

26          including but not limited to, attorneys' fees.

27

28

266995-1

2. Based on the limitation of Plaintiff's alleged damages and Plaintiff's counsel's representations, the parties agree to remand this case to the Eighth Judicial District Court, as the case in controversy amount is not met.

3. The parties agree to, and waive any and all claims to attorneys' fees and costs solely related to the Removal and/or Remand of this case.

DATED this 20th day of October, 2014.

DATED this 20th day of October, 2014.

KOELLER NEBEKER CARLSON
& HALUCK, LLP

GLEN LERNER INJURY ATTORNEYS

By: _David M. Gould_
    DAVID M .GOULD, ESQ.
    Nevada Bar No. 11143
    300 South Fourth Street, Suite 500
    Las Vegas, NV 89101
    Attorneys for Defendant,
    LIBERTY MUTUAL FIRE
    INSURANCE COMPANY

By: _Justin G. Randall_
    JUSTIN G. RANDALL, ESQ.
    Nevada Bar No. 12476
    4765 S. Durango Drive
    Las Vegas, NV 89147
    Attorneys for Plaintiff

266995-1

## ORDER

**IT IS HEREBY ORDERED** that for any and all litigation regarding the claims at issue in this case, Plaintiff, SHARRON ELISE SALINAS, will not, may not and shall not seek, and cannot receive, damages in excess of $50,000.00, if any, inclusive of any and all prejudgment interest, costs, and fees, including but not limited to, attorneys' fees.

**IT IS HEREBY FURTHER ORDERED** that, based on the limitation of Plaintiff's alleged damages and Plaintiff's counsel's representations, this matter is remanded to the Eighth Judicial District Court, as the case in controversy amount is not met.

**IT IS HEREBY FURTHER ORDERED** that the parties waive any and all claims to attorneys' fees and costs solely related to the Removal and/or Remand of this case.

**DATED** this 20th day of October, 2014.

_____

Gloria M. Navarro, Chief Judge
United States District Court

Respectfully Submitted By:

KOELLER, NEBEKER, CARLSON
  & HALUCK, LLP


By:    *David M. Gould*
       DAVID M .GOULD, ESQ.
       Nevada Bar No. 11143
       300 South Fourth Street, Suite 500
       Las Vegas, NV  89101
       Attorneys for Defendant,
       LIBERTY MUTUAL FIRE
       INSURANCE COMPANY

266995-1